UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS & ALLIED ) <br> TRADES INDUSTRY PENSION FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL FLEETWOOD, ) <br> ) <br> Defendant. ) | Civil Action No. 07-998 (ESH) |

**ORDER**

Upon consideration of plaintiff's failure to cause process to be served upon defendant within 120 days in accordance with Federal Rule of Civil Procedure 4(m), and its failure to comply with this Court's Order of September 10, 2007, directing that proof of service be filed by October 1, 2007, it is hereby

**ORDERED** that pursuant to Fed. R. Civ. P. Rule 41(b), plaintiff's complaint against defendant is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 3, 2007