IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 07-0998 (ESH) |
| DANIEL FLEETWOOD | ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING THE ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION**

Plaintiff International Painters and Allied Trades Industry Pension Fund ("Fund" or "Plaintiff"), by its legal counsel, respectfully move this Court for reconsideration of its dismissal of this action without prejudice for lack of prosecution as set forth in its October 3, 2007 Order.

The grounds for this Motion are as follows:

1. On June 1, 2007, Plaintiff initiated this matter to recover an overpayment of benefits made to Daniel Fleetwood ("Defendant").

2. On September 10, 2007, this Court entered an Order directing Plaintiff to complete service of process by October 1, 2007.

3. On September 29, 2007, service was made by Keith Koyanangi, process server, upon Defendant personally at 36157 Miller's Neck Rd., Frankford, DE 19945. The Return of Service is attached as Exhibit A.

4. Plaintiff's counsel did not receive the Return of Service until October 5, 2007, by which time this Court had already dismissed the action for two reasons:

188832-1

a. For failing to cause process to be served upon defendant with 120 days as required by Federal Rule of Civil Procedure 4(m); and

b. For failing to comply with this Court's September 10, 2007 Order directing that Proof of Service be filed by October 1, 2007.

**WHEREFORE,** Plaintiff respectfully requests that this Court reconsider and vacate the October 3, 2007 Order in light of the fact that process was served upon Defendant within the 120 days required by F.R.C.P. 4(m) and the fact that Plaintiff's counsel did not receive the Return of Service from the process server until October 5, 2007.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/ Kent Cprek
KENT CPREK (I.D. #40806)
SANFORD G. ROSENTHAL (I.D. #478737)
ELIZABETH A. COLEMAN *
The Penn Mutual Towers – 16th Floor
510 Walnut Street
Independence Square
Philadelphia, PA 19106-3683
215-351-0615/0611/0644
Counsel for Plaintiff

Date: October 8, 2007

*Application for Pro Hac Admission of Elizabeth A. Coleman shall be made at the appropriate time.

188832-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 07-0998 (ESH) |
| DANIEL FLEETWOOD | ) ) | |
| Defendant. | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION**

Plaintiff, International Brotherhood of Painters and Allied Trades Union and Industry Pension Fund ("Plaintiff"), submits this Memorandum of Points and Authorities in Support of its Motion for Reconsideration of the Court's October 3, 2007 Order Dismissing this Action Without Prejudice For Lack of Prosecution. The facts relating to this Motion are set forth at Paragraphs 1 through 4 of the accompanying Motion and are incorporated herein by reference.

Rule 4(m) of the Federal Rules of Civil Procedure provides that service of process must be made upon the defendant within 120 days after the complaint is filed and if the plaintiff fails to do so, the court may dismiss the action without prejudice. Here, the defendant, Daniel Fleetwood ("Defendant") was served on September 29, 2007, two days before the expiration of the 120 day period. Plaintiff's counsel was unable to file the Return of Service by October 1, 2007 in accordance with this Court's September 10, 2007 Order because counsel did not receive

188832-1

the Return of Service until October 5, 2007. In light of the fact that process was timely served upon Defendant, Plaintiff respectfully requests this Court vacate the October 3, 2007 Order.

                Respectfully submitted,

                JENNINGS SIGMOND, P.C.

BY: /s/ Kent Cprek
     KENT CPREK (I.D. #40806)
     SANFORD G. ROSENTHAL (I.D. #478737)
     ELIZABETH A. COLEMAN *
     The Penn Mutual Towers – 16th Floor
     510 Walnut Street
     Independence Square
     Philadelphia, PA   19106-3683
     215-351-0615/0611/0644
     Counsel for Plaintiff

Date:   October 8, 2007

*Application for Pro Hac Admission of Elizabeth A. Coleman shall be made at the appropriate time.

188832-1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br><br>Plaintiff, )<br>v. )<br>DANIEL FLEETWOOD )<br>Defendant. ) | CIVIL ACTION NO.<br>07-0998 (ESH) |

### ORDER

This matter is before the Court upon Plaintiff's Motion for Reconsideration. Having considered Plaintiff's Motion and the record herein, it is this _____ day of October, 2007,

Ordered that the October 3, 2007 Order is vacated.

BY THE COURT:

_____
ELLEN S. HUVELLE
United States District Judge

188832-1

## CERTIFICATE OF SERVICE

I, KENT CPREK, ESQUIRE, state, under penalty of perjury that the foregoing Motion for Reconsideration was served by mailing same first class mail, postage prepaid, on the date listed below to:

> Daniel Fleetwood
> 36157 Miller's Neck Road
> Frankford, DE 19945

>  /s/ Kent Cprek
> KENT CPREK, ESQUIRE

Date: October 8, 2007

188832-1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

DANIEL FLEETWOOD

Case: 1:07-cv-00998
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/1/2007
Description: Labor (non employ)

TO: (Name and address of Defendant)
DANIEL FLEETWOOD
36157 Miller's Neck Road
Frankford, DE 19945

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         JUN 0 1 2007

CLERK                                            DATE

*Janette Stewart-Curet*

(By) DEPUTY CLERK

EXHIBIT
A

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE September 29, 2007 at 3:14 p.m. |
| NAME OF SERVER (PRINT) Keith Koyanagi | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

**X** ☐ Served personally upon the defendant. Place where served: 36157 Miller's Neck Rd., Frankford, DE 19945. Daniel Fleetwood is described as a white, male, age 47, 5'7", 160 lbs with brown/gray hair.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/1/07
Date

Signature of Server

2000 Pennsylvania Avenue, Suite 207
Wilmington, DE  19806

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.