UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

International Painters and Allied
Trades Industry Pension Fund

v.

Daniel Fleetwood          Case: 1:07-cv-00998
                          Assigned To: Huvelle, Ellen S.

...........................................................................

Civil Clerk Nancy Mayer-Whittington:

      I received a copy of the Summons and Complaint from this Court on September 29th 2007 at 5 PM at my home. I don't understand many of the statements made by the attorney, Mr. Rosenthal, but deny that I have done anything wrong and do not owe the money the union is saying I owe.

Place of the suit? I do not understand why I am being sued in the District of Columbia since I have never been there, do not work there nor did my step-father ever have any dealings in the District of Columbia. I have always been in Delaware and believe the Union's attorney should be required to sue me where I live or where I work or where the alleged breach of the alleged contract took place.

I have never had any contract with the union, was never notified of any contract between us or signed anything regarding my stepfather's pension obligating me to repay funds the union sent me in error by its own admission.

There must be some limitation as to how long the union can wait to bring a suit such as this. All of the events discussed regarding the alleged contract that they say was breached took place before February 2002. There should be a time limit on bringing a suit against someone after so long.

I have tried since I was served with these papers to locate an attorney who understands this case and can tell me what I should do. The Delaware lawyer referral service located one who does Federal civil cases and he interviewed me and charged me $35. When I told his office I had been served, he was on

vacation and his office says now he won't take the case. I am trying but cannot find another attorney to represent me in Delaware for this case in time to answer the Summons but will continue to try to find one even though I don't believe I should be required to. My wife and I are poor farmers in Delaware and do not have the money to spend on attorneys. Does the Court appoint attorneys for people who cannot afford them under these circumstances?

I am sure that there are many other defenses to this claim that I can't think of and ask the Court to allow me more time to find an attorney to more properly respond to these claims.

I hope that this is enough of an answer to avoid any judgments by default as threatened in the Summons. I also do not understand the material on "trial by Magistrate Judge" so I will need an attorney's advice on that question too.

Respectfully,

Danny Fleetwood


I sent copies of this letter-answer by Certified Mail to the attorney, Sanford G. Rosenthal, Esquire, at Jennings Sigmond, PC, The Penn Mutual Towers, 16th Floor, 510 Walnut Street, Philadelphia, PA 19106 and to your Honor, Ellen Segal Huvelle, J., at 333 Constitution Avenue N.W., Washington, D.C. 20001 (the only address for the Court in the documents I received).

10/8/07
Date

Danny Fleetwood