IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 07-0998 (ESH) |
| DANIEL FLEETWOOD | ) ) ) | |
| Defendant. | ) | |

**JOINT MOTION FOR LEAVE TO APPEAR FOR THE SCHEDULING CONFERENCE VIA TELECONFERENCE**

The Plaintiff, by undersigned counsel, request that this Court grant Plaintiff and Defendant leave to appear for the Scheduling Conference, set for November 20, 2007 at 9:15 a.m. via teleconference. In support of this Motion, Plaintiff states the following:

1. Plaintiff's counsel usual office is located in Philadelphia, PA. Mr. Cprek could attend in the District of Columbia, but has a Trust Fund investment meeting with more than 10 other attendees that cannot be re-scheduled nor covered by another lawyer at 10 a.m. on November 20, 2007 and health issues for a family member that may require his presence elsewhere later on November 20, 2007. (The details can be related to the Court on a phone call but are left out of a public pleading for reasons of privacy.)

2. Defendant is located in Frankford, DE. He appears *pro se*, has limited funds and works days. The motion is indicated as joint as Defendant's wife indicated that telephonic appearance would make him very happy.

3. It would be costly for Plaintiff's counsel and Defendant to travel to Washington, D.C. to participate in the Scheduling Conference.

189759-1

4.  In an effort to conserve time and money, the Plaintiff and Defendant seek to conduct the Scheduling Conference via teleconference.

5.  Defendant and Plaintiff have no apparent objection to the other party's request to appear via teleconference. Plaintiff will arrange the conference call on the Court's schedule.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff and Defendant leave to participate in the Initial Scheduling Conference, set for November 20, 2007, at 9:15 am via teleconference.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: s/ Kent Cprek
KENT CPREK (D.C. Bar No. #478231)
Jennifer L. Hope*
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615/0617
Attorneys for Plaintiff

Date: November 13, 2007

*Application for Pro Hac Admission of Jennifer L. Hope shall be made at the appropriate time.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 07-0998 (ESH) |
| | ) | |
| DANIEL FLEETWOOD | ) ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the "joint" Motion for Leave to Appear for the Scheduling Conference, filed by Plaintiff's counsel, set for November 20, 2007, at 9:15 am, via teleconference. Upon consideration of the facts set forth in Plaintiff's request, it is hereby

**ORDERED** that Plaintiff and Defendant may appear for the Scheduling Conference, set for November 20, 2007, at 9:15 am, via teleconference; and it is

**FURTHER ORDERED** that the Plaintiff will arrange the teleconference and advise the Judge's Courtroom Deputy Clerk of the details regarding the teleconference.

BY THE COURT

Date:_____                 _____
                                              ELLEN SEGAL HUVELLE,      J.
                                              United States District Judge

189759-1

Case 1:07-cv-00998-DAR   Document 9-3   Filed 11/13/2007   Page 1 of 1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to Appear for the Scheduling Conference Via Teleconference and proposed Order were transmitted electronically via the ECF System and/or via first class mail, postage prepaid on the date set forth below to:

Daniel Fleetwood
36157 Miller's Neck Road
Frankford, DE 19945

DATE: November 13, 2007                    BY: s/ Kent G. Cprek
                                                KENT G. CPREK

189759-1