In The United States District Court
For the District of Columbia

| | | |
|---|---|---|
| International Painters | ) | |
| And Allied Trades | ) | |
| Industry Pension Fund, | ) | |
| | ) | |
| Plaintiff(s), | ) | Notice of Appearance for |
| | ) | Limited Purpose of Mediation Only |
| vs. | ) | |
| | ) | |
| | ) | Civ. Action No. 07-0998 (ESH/IAK) |
| Daniel Fleetwood | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE FOR
LIMITED PURPOSE OF MEDIATION ONLY**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Marilyn Cain Gordon, as counsel in this

case for: Daniel Fleetwood, for the limited purpose of representing the defendant during

the mediation process.

December 12, 2007            /s/Marilyn Cain Gordon

                             Marilyn Cain Gordon
                             DC Bar No. 410883
                             7603 Georgia Avenue, NW
                             Suite 301
                             Washington, DC  20012
                             202.723.8600
                             202.478.0046
                             Marilyn_Gordon@msn.com

In The United States District Court
For the District of Columbia

| | | |
|---|---|---|
| International Painters | ) | |
| And Allied Trades | ) | |
| Industry Pension Fund, | ) | |
| | ) | |
| Plaintiff(s), | ) | Notice of Appearance for |
| | ) | Limited Purpose of Mediation Only |
| vs. | ) | |
| | ) | |
| | ) | Civ. Action No. 07-0998 (ESH/IAK) |
| Daniel Fleetwood | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE FOR
LIMITED PURPOSE OF MEDIATION ONLY**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Marilyn Cain Gordon, as counsel in this

case for: Daniel Fleetwood, for the limited purpose of representing the defendant during

the mediation process.

December 12, 2007              /s/Marilyn Cain Gordon

                                            Marilyn Cain Gordon
                                            DC Bar No. 410883
                                            7603 Georgia Avenue, NW
                                            Suite 301
                                            Washington, DC  20012
                                            202.723.8600
                                            202.478.0046
                                            Marilyn_Gordon@msn.com

In The United States District Court
For the District of Columbia

| | | |
|---|---|---|
| International Painters | ) | |
| And Allied Trades | ) | |
| Industry Pension Fund, | ) | |
| | ) | |
| Plaintiff(s), | ) | Notice of Appearance for |
| | ) | Limited Purpose of Mediation Only |
| vs. | ) | |
| | ) | |
| | ) | Civ. Action No. 07-0998 (ESH/IAK) |
| Daniel Fleetwood | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of December, 2007, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the foregoing Limited Notice of Appearance to be mailed by first class US mail, postage prepaid to the following:

Kent Cprek
Jennifer Hope
Counsel for Plaintiff
The Penn Mutual Towers – 16th Floor
510 Walnut Street
Independence Square
Philadelphia, PA 19106

Daniel Fleetwood
36157 Miller's Neck Road
Frankford, DE  19945

                                              /s/Marilyn Cain Gordon
                                              Marilyn Cain Gordon
                                              7603 Georgia Avenue, NW
                                              Suite 301
                                              Washington, DC 20012
                                              (202) 723-8600
                                              Attorney for the Debtor
                                              Federal Bar # 410883

Case 1:07-cv-00998-DAR    Document 13-3    Filed 12/12/2007    Page 2 of 2