IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED )
TRADES INDUSTRY PENSION FUND )
)
Plaintiffs, )
v. ) CIV NO. 07-998
)
DANIEL FLEETWOOD )
)
Defendant. )

**FILED**

DEC 14 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_/s/ Kent Cprek_                                                      12/13/07
Kent Cprek (ID# 478231)                                          Date
Attorney for the Plaintiff

_/s/ Daniel Fleetwood_                                          11/26/07
Defendant (Pro Se)                                                    Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c)(3) and the foregoing consent of the parties.

_Ellen S Huvelle_                                                     12/14/07
ELLEN SEGAL HUVELLE, J.                                    Date
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

190624-1

*Judge Kay cannot take this case since he is serving as the mediator.