UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND
ALLIED TRADES INDUSTRY
PENSION FUND,
      Plaintiff,

v.

DANIEL FLEETWOOD,
      Defendant.

Civil Action No. 07-998 (DAR/AK)

**ORDER**

The above-captioned case was referred to the undersigned by the Honorable Ellen Segal Huvelle for the purpose of facilitating a settlement.[1]  Accordingly, it is by the Court this 27th day of December, 2007, hereby

**ORDERED :**

1. The lead attorney(s) for the parties shall appear before the undersigned, in chambers [ROOM 2333] on January 25, 2008 at 10:00 a.m.  The parties should attend the mediation, be available by telephone, or delegate settlement authority to counsel.

2. The parties may submit confidential settlement statements in advance of the mediation but such statements are Not Required, and in most cases, they are unnecessary.

3. If any attorney or party is unavailable on the date and at the time set forth above, the attorney shall notify the other attorney(s) in the cases as soon as possible to

---

[1] The parties have consented to proceed before a United States Magistrate Judge for all purposes and the case is now assigned to United States Magistrate Judge Deborah Robinson.

    arrange a telephone conference call with chambers to select an alternative date and time.

4.    If the settlement conference must be rescheduled, the undersigned will require the attorney with the scheduling conflict to confirm the new date and time in a letter to the other attorneys and the Court.

                                          _____/s/_____
                                          ALAN KAY
                                          UNITED STATES MAGISTRATE JUDGE