IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIV NO. 07-998 (ESH) |
| DANIEL FLEETWOOD 36157 Miller's Neck Rd. Frankford, DE 19945 | ) ) ) ) ) | |
| Defendant. | ) ) ) ) ) | |

**NOTICE AND ENTRY OF APPEARANCE PRO SE BY DEFENDANT**

I wish to enter my pro se appearance. I will represent myself in this case. Unless I, or an attorney, notify you otherwise, no attorney will represent me in this case.

All court papers may be mailed to me by first class mail at the following address.

DANIEL FLEETWOOD
36157 Miller's Neck Rd.
Frankford, DE 19945

My phone number is: (302) 541-0709

In representing myself, I understand that it is my responsibility to notify the Court in writing of any changes in my address or telephone number and to send copies of any papers I file with the Court to the lawyer for the other party involved in this case.

_____     _11/26/07_____
Defendant, Daniel Fleetwood              Date

190625-1