**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 07-998 (ESH) |
| | ) | |
| DANIEL FLEETWOOD | ) | |
| | ) | |
| Defendant . | ) | |

**PLAINTIFF'S MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Plaintiff, by undersigned counsel, requests that the Court, by Magistrate Judge Alan Kay (Settlement Conference Judge, continue the Settlement Conference, set for January 25, 2008, at 10 a.m. to a rescheduled date. In support of this Motion, Plaintiff states the following:

1.      Plaintiff's counsel is lead counsel for three (3) Trust Fund meetings that are scheduled to meet in Winslow, NJ at the same time as the settlement conference with more than 20 other attendees. These meetings are scheduled for the year in advance no later than October of the prior year. They cannot be re-scheduled nor effectively covered by another lawyer in the office, as they require primary counsel who is familiar with all legal work and issues facing the funds.

2.      Co-Counsel Sanford Rosenthal, on the docket, retired in September 2007 for medical reasons. He is not able to attend the Settlement Conference. Ms. Hope is not yet admitted to the DC Bar and has only recently joined the firm and work with Plaintiff.

3.      Counsel apologizes for late notice of the conflict occasioned by the holidays and a resultant backup in review of Court notices and entry of scheduling dates by paralegal staff. Counsel is scheduled to be in Washington, DC the following week for the Status Conference in this matter and other work.

192618_1.DOC

4.      Plaintiff has left a message with Defendant's settlement counsel and left a

message on Defendant's phone on January 18, 2008 about the conflict.  Plaintiff will report any

response but has filed this formal notice to avoid further delay.

WHEREFORE, Plaintiff respectfully requests that the Court continue the Settlement

Conference to another date.

<div style="margin-left: 50%;">

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: s/ Kent Cprek_____
KENT CPREK (D.C. Bar No. #478231)
Jennifer L. Hope*
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615/0617
Attorneys for Plaintiff

</div>

Date: January 18, 2008

*Application for Pro Hac Admission of Jennifer L. Hope shall be made at the appropriate time.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 07-0998 (ESH) |
| | ) | |
| DANIEL FLEETWOOD | ) | |
| | ) | |
| Defendant . | ) | |

## O R D E R

This matter comes before the Court on Plaintiff's Motion to Continue the Settlement

Conference, set for January 25, 2008, at 10:00 a.m.. Upon consideration of the facts set forth in

Plaintiff's request, it is hereby **ORDERED**

1.    The Settlement Conference set for January 25, 2008 is cancelled.

2.    The Settlement Conference is rescheduled to [_____

at _____ a.m. / p.m. / a new date that will be set by the Court.

BY THE COURT

Date:_____        _____

M. J.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Continue Settlement Conference

and proposed Order were transmitted electronically via the ECF System and/or via first class

mail, postage prepaid on the date set forth below to:

Daniel Fleetwood
36157 Miller's Neck Road
Frankford, DE 19945

Marilyn Patricia Cain Gordon
7603 Georgia Avenue, NW
Washington, DC 20012
(202) 723-8610
Email: marilyn_gordon@msn.com
(Settlement Counsel for Defendant)


DATE: January 18, 2008                    BY: s/ Kent G. Cprek
                                              KENT G. CPREK


192618_1.DOC