In The United States District Court
For the District of Columbia

| | | |
|---|---|---|
| International Painters | ) | |
| And Allied Trades | ) | |
| Industry Pension Fund, | ) | |
| | ) | |
| Plaintiff(s), | ) | Response to Motion to Continue |
| | ) | Settlement Conference |
| vs. | ) | |
| | ) | |
| | ) | Civ. Action No. 07-0998 (ESH/IAK) |
| Daniel Fleetwood, | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE TO MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Comes now Defendant Daniel Fleetwood, by and through counsel, and states that he does not object to continuing the settlement conference scheduled for January 25, 2008.

Respectfully submitted:

January 21, 2008         /s/Marilyn Cain Gordon

Marilyn Cain Gordon
DC Bar No. 410883
7603 Georgia Avenue, NW
Suite 301
Washington, DC  20012
202.723.8600
202.478.0046
Marilyn_Gordon@msn.com

In The United States District Court
For the District of Columbia

| | | |
|---|---|---|
| International Painters | ) | |
| And Allied Trades | ) | |
| Industry Pension Fund, | ) | |
| | ) | |
| Plaintiff(s), | ) | Response to Motion to Continue |
| | ) | Settlement Conference |
| vs. | ) | |
| | ) | |
| | ) | Civ. Action No. 07-0998 (ESH/IAK) |
| Daniel Fleetwood, | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE TO MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Comes now Defendant Daniel Fleetwood, by and through counsel, and states that he does not object to continuing the settlement conference scheduled for January 25, 2008.

Respectfully submitted:

January 21, 2008                    /s/Marilyn Cain Gordon

Marilyn Cain Gordon
DC Bar No. 410883
7603 Georgia Avenue, NW
Suite 301
Washington, DC  20012
202.723.8600
202.478.0046
Marilyn_Gordon@msn.com

In The United States District Court
For the District of Columbia

| | | |
|---|---|---|
| International Painters | ) | |
| And Allied Trades | ) | |
| Industry Pension Fund, | ) | |
| | ) | |
| Plaintiff(s), | ) | Response to Motion to Continue |
| | ) | Settlement Conference |
| vs. | ) | |
| | ) | |
| | ) | Civ. Action No. 07-0998 (ESH/IAK) |
| Daniel Fleetwood, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 21st day of January, 2008, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the foregoing Response to Motion to Continue Settlement Conference to be mailed by first class US mail, postage prepaid to the following:

Kent Cprek
Jennifer Hope
Counsel for Plaintiff
The Penn Mutual Towers – 16th Floor
510 Walnut Street
Independence Square
Philadelphia, PA 19106

Daniel Fleetwood
36157 Miller's Neck Road
Frankford, DE  19945

                                       /s/Marilyn Cain Gordon
                                       Marilyn Cain Gordon
                                       7603 Georgia Avenue, NW
                                       Suite 301
                                       Washington, DC 20012
                                       (202) 723-8600
                                       Attorney for the Debtor
                                       Federal Bar # 410883