IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) | NO. 07-998(ESH) |
| DANIEL FLEETWOOD | ) ) ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO
APPEAR PRO HAC VICE**

Kent G. Cprek, currently being an active member in good standing of the Bar of this Court and acting as counsel on behalf of Plaintiff in the above-styled action, respectfully applies to this Court for permission for Jennifer L. Hope to appear *pro hac vice* and participate in the above-captioned action, including court proceedings, on behalf of Plaintiff. In support thereof, the undersigned states as follows:

1. Jennifer L. Hope is associated with the law firm of Jennings Sigmond whose offices are located at The Penn Mutual Towers, 16th Floor, 510 Walnut Street, Philadelphia, PA 19106-3683, which represents Plaintiff in this case.

2. Jennifer L. Hope graduated from the City University of New York in 2007. She is a member in good standing and admitted to practice in Pennsylvania and The United States District of New Jersey and before the United States District Court for the Eastern District of Pennsylvania and New Jersey. Ms. Hope is not currently suspended or disbarred in any court.

3. Ms. Hope's practice is devoted entirely to the representation of multiemployer funds such as the Plaintiff Fund.

191057-1

4. Kent G. Cprek, a member of Jennings Sigmond has entered his appearance as local counsel for Plaintiff.

WHEREFORE, Kent G. Cprek requests that this Court grant leave for Jennifer L. Hope to appear *pro hac vice* during these proceedings.

> Respectfully submitted,
>
> JENNINGS SIGMOND
>
> BY: /s Kent G. Cprek
> KENT CPREK (D.C. Bar No. #478231)
> The Penn Mutual Towers, 16th Floor
> 510 Walnut Street, Independence Square
> Philadelphia, PA 19106-3683
> (215) 351-0615/0617
> Attorneys for Plaintiff
>
> Counsel for Plaintiff

Dated: January 22, 2008

191057-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 07-998(ESH) |
| DANIEL FLEETWOOD | ) ) ) | |
| Defendant. | ) | |

### DECLARATION OF JENNIFER L. HOPE

Jennifer L. Hope states as follows:

1. My name is Jennifer L. Hope. I am an associate of the law firm of Jennings Sigmond, The Penn Mutual Towers, 16th Floor, 510 Walnut Street, Philadelphia, PA 19106-3683.

2. I am an attorney duly licensed to practice law in the Commonwealth of Pennsylvania and State of New Jersey and have been admitted to practice law before the Supreme Courts of the Commonwealth of Pennsylvania and State of New Jersey and the United States District Court for the Eastern District of Pennsylvania and The United States District of New Jersey.

3. I am a member in good standing of the bars of both the Commonwealth of Pennsylvania and the State of New Jersey.

4. I have been retained as counsel for the Plaintiff in this matter.

5. I have familiarized myself with the United States District Court for the District of Columbia Local Rules of Civil Procedure.

191057-1

6.  I hereby seek admission in this Court *pro hac vice* to represent Plaintiff.

                                                   I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Dated: January 22, 2008                   s/ Jennifer L. Hope
                                                        JENNIFER L. HOPE
                                                        JENNINGS SIGMOND, P.C.
                                                        The Penn Mutual Towers
                                                        510 Walnut Street, 16th Floor
                                                        Philadelphia, PA 19106-3683
                                                        Phone: (215) 351-0617

191057-1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to Appear *Pro Hac Vice* and proposed Order were transmitted via overnight, postage prepaid on the date set forth below to:

        Daniel Fleetwood
        36157 Miller's Neck Road
        Frankford, DE 19945

        /s Kent G. Cprek
        KENT G. CPREK

DATE: January 22, 2008

191057-1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to Appear *Pro Hac Vice* and proposed Order were transmitted via overnight, postage prepaid on the date set forth below to:

>Daniel Fleetwood
>36157 Miller's Neck Road
>Frankford, DE 19945

>/s Kent G. Cprek
>KENT G. CPREK

DATE: January 22, 2008

191057-1