UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

International Painters and Allied
Trades Industry Pension Fund

v.

Daniel Fleetwood         Case: 1:07-cv-00998
                         Assigned To: Magistrate Judge Alan Kay

---

Civil Clerk Nancy Mayer-Whittington

I maintain my position that this case should be not heard in the District of Columbia. I do not live in the District of Columbia, the pension was not issued in the District of Columbia, and no checks were issued in the District of Columbia. I am asking for a ruling on jurisdiction and venue.

I am requesting that I be given a jury trial on my case.

Respectfully,

Danny Fleetwood

   I sent copies of this letter-request by mail to attorney Kent Cprek, The Penn Tower Mutual Towers 16th Floor, 510 Walnut Street, Independence Square, Philadelphia, PA 19106 and Magistrate Judge Alan Kay, 333 Constitution Avenue, NW, Washington, DC 20001

1/30/2008
Date                                    Danny Fleetwood

Certification — Danny Fleetwood
Will give copies in meeting
At 3.00. Today 1/30/2008

RECEIVED
JAN 30 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT