RECEIVED
FEB 0 4 2008

UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

International Painters and Allied
Trades Industry Pension Fund

v.

Daniel Fleetwood          Case: 1:07-cv-00998
                          Assigned To: Magistrate Judge Alan Kay

---

Civil Clerk Nancy Mayer-Whittington

I maintain my position that this case should not be heard in the District of Columbia. I do not live in the District of Columbia, the pension was not issued in the District of Columbia, and no checks were issued in the District of Columbia. I am asking for a ruling on jurisdiction and venue.

I am requesting that I be given a jury trial on my case.

Respectfully,

Danny Fleetwood

   I sent copies of this letter-request by mail to attorney Kent Cprek, The Penn Tower Mutual Towers 16th Floor, 510 Walnut Street, Independence Square, Philadelphia, PA 19106 and Magistrate Judge Alan Kay, 333 Constitution Avenue, NW, Washington, DC 20001

1/30/2007
Date

Danny Fleetwood

Cert