IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 07-998(ESH) |
| DANIEL FLEETWOOD | ) ) ) | |
| Defendant. | ) | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Sanford G. Rosenthal, Esquire as counsel for Plaintiff in the above-captioned matter.

                                       Respectfully submitted,

                                       JENNINGS SIGMOND, P.C.

                                       BY:  s/ Sanford G. Rosenthal
                                       SANFORD G. ROSENTHAL
                                       Bar No. 478737
                                       The Penn Mutual Towers, 16th Floor
                                       510 Walnut Street
                                       Philadelphia, PA  19106-3683
                                       (215) 351-0611

Date: February 7, 2008

193235-1

## CERTIFICATE OF SERVICE

I, Sanford G. Rosenthal, Esquire state under penalty of perjury that I caused a copy of the foregoing Withdrawal of Appearance of Sanford G. Rosenthal, Esquire to be served via first class mail, postage prepaid on the date and to the addresses below:

>Daniel Fleetwood
>36157 Miller's Neck Road
>Frankford, DE 19945

>_s/ Sanford G. Rosenthal_
>SANFORD G. ROSENTHAL

Date:  February 7, 2008

193235-1