IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* | ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) | NO. 07-998(ESH) |
| | ) | |
| DANIEL FLEETWOOD | ) ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Kent G. Cprek, Esquire, as counsel for the Plaintiff in the above-captioned matter.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:   s/Kent G. Cprek
KENT G. CPREK
Bar No. 478231
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA  19106-3683
(215) 351-0615

Date: February 7, 2008

## CERTIFICATE OF SERVICE

I, Kent G. Cprek, Esquire state under penalty of perjury that I caused a copy of the foregoing Entry of Appearance of Kent G. Cprek, Esquire to be served via first class mail, postage prepaid on the date and to the addresses below:

Daniel Fleetwood
36157 Miller's Neck Road
Frankford, DE 19945

/s Kent G. Cprek
KENT G. CPREK

Date:  February 7, 2008