IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br>　　　　　　Plaintiff,<br>v.<br>DANIEL FLEETWOOD<br>　　　　　　Defendant. | CIVIL ACTION NO.<br>07-998 (DAR) |

## JOINT STATUS REPORT

Plaintiff International Painters and Allied Trades Industry Pension Fund (the "Fund") and Defendant Daniel Fleetwood, through undersigned counsel, submit the following Joint Status Report pursuant to this Court's Minute Entry of February 29, 2008.

Since participating in the Telephone Status Hearing on February 29, 2008, the parties have been in communication regarding a settlement. The Fund sent Defendant's assigned counsel proposed settlement formats. Settlement counsel for Defendant is reviewing these proposals with Defendant to determine the most viable option. Despite not having an agreement at the current time, the parties believe that continued discussions are worthwhile and remain optimistic that a settlement will be achieved. The parties therefore request an additional two (2) week stay to provide additional time for settlement negotiations. The parties will submit a formal motion with that request if so desired and are available for any questions from the Court.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　JENNINGS SIGMOND, P.C.
　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Kent Cprek
　　　　　　　　　　　　　　　　　D.C. Bar No. 478231
　　　　　　　　　　　　　　　　　510 Walnut Street, Suite 1600
　　　　　　　　　　　　　　　　　Philadelphia, PA 19016
　　　　　　　　　　　　　　　　　Phone: (215) 351-0615
　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

194598-1　　　　　　　　　　　　　　　　1

## CERTIFICATE OF SERVICE

The undersigned states under penalty of perjury that I caused a copy of the foregoing Joint Status Report to be served via first class mail, postage prepaid on the date and to the addresses below:

Daniel Fleetwood
36157 Miller's Neck Road
Frankford, DE 19945

A copy will also be served via the ECF system and first class mail on Defendant's limited counsel for settlement purposes only –

Marilyn Cain Gordon
7603 Georgia Avenue, NW, Suite 301
Washington, DC 20012

/s Kent Cprek
KENT CPREK, DC Bar No. 478231
JENNIFER HOPE
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615
Counsel for Plaintiff

Date:  March 26, 2008