IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND )
ALLIED TRADES INDUSTRY PENSION )
FUND )
                   Plaintiff, )
v. )
     ) CIVIL ACTION NO.
DANIEL FLEETWOOD ) 07-998 (DAR)
                 Defendant. )

## STATUS REPORT

Plaintiff International Painters and Allied Trades Industry Pension Fund (the "Fund") and Defendant Daniel Fleetwood, through undersigned counsel, submit the following Joint Status Report pursuant to this Court's Minute Entry of February 29, 2008. Since participating in the Telephone Status Hearing on February 29, 2008, the parties have been in communication regarding a settlement. The Fund sent Defendant's assigned counsel proposed settlement formats. Settlement counsel for Defendant has reviewed these proposals with Defendant and provided a counter-offer that the Fund is reviewing. Despite not having an agreement at the current time, the parties believe that continued discussions are worthwhile and remain optimistic that a settlement will be achieved. The parties request an additional stay of proceedings until May 19, 2008 to provide additional time for settlement negotiations and submission of any agreement during a Fund Trustee meeting scheduled in May. The parties will submit a formal motion with that request if so desired and are available for any questions from the Court.

                         Respectfully submitted,

                         JENNINGS SIGMOND, P.C.
                         /s/
                         Kent Cprek - D.C. Bar No. 478231
                         510 Walnut Street, Suite 1600
                         Philadelphia, PA 19016
                         Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned states under penalty of perjury that I caused a copy of the foregoing Joint Status Report to be served via first class mail, postage prepaid on the date and to the addresses below:

> Daniel Fleetwood
> 36157 Miller's Neck Road
> Frankford, DE 19945

A copy will also be served via the ECF system and first class mail on Defendant's limited counsel for settlement purposes only –

> Marilyn Cain Gordon
> 7603 Georgia Avenue, NW, Suite 301
> Washington, DC 20012

> /s Kent Cprek
> KENT CPREK, DC Bar No. 478231
> JENNIFER HOPE
> The Penn Mutual Towers, 16th Floor
> 510 Walnut Street, Independence Square
> Philadelphia, PA 19106-3683
> (215) 351-0615
> Counsel for Plaintiff

Date:   April 28, 2008