IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>      Plaintiff,<br>v.<br><br>DANIEL FLEETWOOD<br>      Defendant. | CIVIL ACTION NO.<br>07-998 (DAR) |

## STATUS REPORT

Plaintiff International Painters and Allied Trades Industry Pension Fund (the "Fund") and Defendant Daniel Fleetwood, through undersigned counsel, submit the following Joint Status Report pursuant to this Court's Minute Entry of February 29, 2008. Since participating in the Telephone Status Hearing on February 29, 2008, the parties have been in communication regarding a settlement. The case is not settled but Settlement counsel for Defendant is currently reviewing a counter-proposal from the Fund. The parties believe that continued discussions are worthwhile. The time may however have come to set a discovery and trial schedule within the next several weeks. If the Court has available dates, counsel for Plaintiffs will work with Defendant and his settlement counsel to identify a time that Defendant can attend by phone.

            Respectfully submitted,

            JENNINGS SIGMOND, P.C.
              /s/
            Kent Cprek - D.C. Bar No. 478231
            510 Walnut Street, Suite 1600
            Philadelphia, PA  19016
            Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned states under penalty of perjury that I caused a copy of the foregoing Joint Status Report to be served via first class mail, postage prepaid on the date and to the addresses below:

Daniel Fleetwood
36157 Miller's Neck Road
Frankford, DE 19945

A copy will also be served via the ECF system and first class mail on Defendant's limited counsel for settlement purposes only –

Marilyn Cain Gordon
7603 Georgia Avenue, NW, Suite 301
Washington, DC 20012

 /s Kent Cprek
KENT CPREK, DC Bar No. 478231
JENNIFER HOPE
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615
Counsel for Plaintiff

Date:   May 23, 2008