IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 07-998 (ESH) |
| DANIEL FLEETWOOD | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO CONTINUE PRETRIAL CONFERENCE**

Plaintiff, by undersigned counsel, requests that the Court continue the Pretrial Conference, set for June 9, 2008, at 3 p.m., without date.

In support of this Motion, Plaintiff states the following:

1. This motion is not opposed.

2. The parties have reached a tentative settlement that needs to be reduced to a final definitive form and formally approved by both sides. The tentative settlement includes a consent judgment that will need to be entered by the Court.

3. The settlement will be advanced if the cost of attendance at a hearing can be avoided.

4. Plaintiff will report on the progress of the settlement at such intervals as the Court desires.

192618_2.DOC

      WHEREFORE, Plaintiff respectfully requests that the Court continue the Pretrial Conference to another date.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: s/ Kent Cprek
KENT CPREK (D.C. Bar No. #478231)
510 Walnut Street, Suite 1600
Philadelphia, PA 19106-3683
(215) 351-0615/0617
Attorneys for Plaintiff

Date: June 5, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br><br>Plaintiff, )<br>v. )<br><br>DANIEL FLEETWOOD )<br><br>Defendant . ) | CIVIL ACTION NO.<br>07-0998 (ESH) |

ORDER TO CONTINUE PRETRIAL CONFERENCE

This matter comes before the Court on Plaintiff's Motion to Continue the Pretrial Conference, set for June 9, 2008, at 3 p.m.. Upon consideration of the facts set forth in Plaintiff's request and tentative settlement between the parties, it is hereby **ORDERED**:

1. The Pretrial Conference set for June 9, 2008 is cancelled.

2. Plaintiff shall file a report on the status of the settlement with the Court by _____, 2008 and every _____ days / weeks thereafter.

BY THE COURT

Date:_____

_____
Deborah A. Robinson, M. J.

192618_2.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) ) | 07-998 (ESH) |
| DANIEL FLEETWOOD | ) ) | |
| Defendant. | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE PRETRIAL CONFERENCE**

Plaintiff asks that the Court continue the Pretrial Conference, set for June 9, 2008, at 3 p.m., without date. This motion is not opposed but is filed by Plaintiff alone, as Defendant is not represented by counsel for litigation purposes.

The parties have reached a tentative settlement that needs to be reduced to a final definitive form and formally approved by both sides. The parties cannot simply dismiss the action as the tentative settlement includes a consent judgment that will need to be entered by the Court.

The parties wish to concentrate efforts and fees on a final settlement. This effort will be advanced if the cost of attendance at a hearing can be avoided. Plaintiff will report on the progress of the settlement at such intervals as the Court desires.

                Respectfully submitted,

                JENNINGS SIGMOND, P.C.
BY: s/ Kent Cprek
    KENT CPREK (D.C. Bar No. #478231)
    510 Walnut Street, Suite 1600
    Philadelphia, PA 19106-3683
    (215) 351-0615
    Counsel for Plaintiff

Date: June 5, 2008

192618_2.DOC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Continue Pretrial Conference and proposed Order and Memorandum of Points And Authorities were transmitted electronically via the ECF System and/or via first class mail, postage prepaid on the date set forth below to:

Daniel Fleetwood
36157 Miller's Neck Road
Frankford, DE 19945

Marilyn Patricia Cain Gordon
7603 Georgia Avenue, NW
Washington, DC 20012
(202) 723-8610
Email: marilyn_gordon@msn.com
(Settlement Counsel for Defendant)

DATE: June 5, 2008                    BY: s/ Kent G. Cprek
                                          KENT G. CPREK