CA 07-998
Ext'l Painters v Fleetwood

Dear Judge

I'm writing to tell you that I can't be home to talk to you. Because work is very Buried with 4 units falling to the ground and it takes a week to repair unit and some longer.

I need to also tell you that financial i can't take any time off. Because I'm living paycheck to paycheck and I'm falling behind my Mortgage. Instead of two weeks to pay the loan its taking three weeks. If i hurt myself like what happen 2 weeks ago I'm out of 130.00 a day pay with the cost of fuel. I've even thinking about finding a job closer then 28 miles away.

Besides I told Ms Gordon to tell the union to go with the last deal. Enclosed is the copy of the letter sent that I recieved 2 days before they needed deadline.

Plus i asked for Amortization schedule so I can plan what I need to get all things needed done.