**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

INTERNATIONAL PAINTERS AND )
ALLIED TRADES INDUSTRY PENSION )
FUND )
                         Plaintiff, )
v. )
                                             ) CIVIL ACTION NO.
DANIEL FLEETWOOD )    07-998 (ESH)(DAR)
                      Defendant. )

**STATUS REPORT**

Plaintiff International Painters and Allied Trades Industry Pension Fund (the "Fund") and Defendant Daniel Fleetwood, through undersigned counsel, submit the following Joint Status Report pursuant to this Court's Minute Entry of July 10, 2008.

Since participating in the Telephone Status Hearing on July 10, 2008, Defendant has reviewed the Fund's counter-proposal with counsel and, at this time, the parties have reached an agreement as to the terms of the settlement. Plaintiffs expect to file a Motion for Consent Judgment and a proposed Order shortly.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

        /s/
Kent Cprek - D.C. Bar No. 478231
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
Counsel for Plaintiffs

197923-1

## CERTIFICATE OF SERVICE

The undersigned states under penalty of perjury that I caused a copy of the foregoing

Joint Status Report to be served via first class mail, postage prepaid on the date and to the

addresses below:

Daniel Fleetwood
36157 Miller's Neck Road
Frankford, DE 19945

A copy will also be served via the ECF system and first class mail on Defendant's limited

counsel for settlement purposes only –

Marilyn Cain Gordon
7603 Georgia Avenue, NW, Suite 301
Washington, DC 20012

/s Kent Cprek
KENT CPREK

Date:   July 30, 2008