IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 07-0998 (ESH)(DAR) |
| DANIEL FLEETWOOD | ) ) ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENTRY OF JUDGMENT**

Plaintiff moves for entry of judgment pursuant to Fed.R.Civ.Pro. 58(d) upon the agreement of the parties to settle this matter and consent to enter judgment against Defendant, Daniel Fleetwood.

The grounds for this motion are as follows:

1. On or about July 24, 2008, the parties entered into a Settlement Agreement.

2. As a result of the Settlement Agreement and attached consent, Plaintiff seeks judgment against Defendant in favor of the Plaintiff for the benefit of the Pension Fund in the form of the attached Consent Judgment.

3. Counsel and the parties have conferred and agreed on the attached form of judgment.

4. This motion is not opposed.

WHEREFORE, Plaintiff asks that the Court enter judgment in accordance with the proposed Consent Order submitted with this motion and grant such other relief, legal or equitable, as may be just, necessary or appropriate.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

_____/s/ Kent Cprek_____
Kent Cprek - D.C. Bar No. 478231
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
Phone: (215) 351-0615
Fax: (215) 922-3524

Counsel for Plaintiffs

Of Counsel:
Jennifer L. Hope
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
Phone: (215) 351-0617

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND ) ) ) ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| v. ) | 07-0998 (ESH)(DAR) |
| ) | |
| DANIEL FLEETWOOD ) ) ) | |
| Defendant. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
UNOPPOSED MOTION OF PLAINTIFFS
FOR ENTRY OF JUDGMENT
AGAINST DEFENDANT DANIEL FLEETWOOD**

Plaintiff International Painters and Allied Trades Industry Pension Fund ("Plan") has filed this motion to obtain a judgment to a monetary judgment in a self-contained document that will be recorded in the District of Columbia and Delaware as part of a settlement of this case.

**I.    A MONETARY JUDGMENT MAY BE ENTERED**

Federal Rule of Civil Procedure 58(d) provides that a party may request entry of a judgment. While the clerk often prepares the judgment in litigated matters as a ministerial matter, a submission by counsel and entry by the Court is appropriate in this case as the judgment covers matters outside the ordinary rules in order to implement a settlement, Fed.R.Civ.Pro. 58(b)(2)(B). See, *Berggren v. Sun Oil Company*, 79 F.R.D. 87, 91 (E.D.Wisc. 1978) (counsel should prepare judgment in a case involving foreclosure of mortgage and security interest to update interest and other unique aspects of the judgment). The entry of a separate judgment under Rule 58 will specify the exact monetary obligation of the Defendants and implement the settlement of the parties.

A judgment under Rule 58 specifies the money due (or the means for determining) the precise amount due from the defendant, *U.S. v. F&M Schaefer Brewing Company*, 356 U.S. 227, 233, 78 S.Ct. 674, 2 L.Ed.2d 721 (1958). A self-contained judgment resolves and closes the case in a definitive fashion. *Id.*

## II.  INTEREST

The proposed judgment reflects the possible application of principles from *International Painters and Allied Trades Industry Pension Fund v. Aragones*, -- F. Supp.2d--, 2008 WL 2415025, *3-4 (M.D.Fla. 2008), on fiduciary remedies for recovery of benefit overpayments to a plan participant or beneficiary, to this case. The formula for post-judgment interest intentionally has been left somewhat indefinite and for future resolution.[1] The settlement has alternative terms and options for satisfaction of the judgment that will likely moot any need to resolve such issues. The parties thus have agreed to disagree on such issues unless and until they become relevant.

## CONCLUSION

Judgment should be entered as requested.

          Respectfully submitted,

          JENNINGS SIGMOND, P.C.

            /s/ Kent Cprek
          Kent Cprek - D.C. Bar No. 478231
          510 Walnut Street, Suite 1600
          Philadelphia, PA  19106
          Phone:  (215) 351-0615
          Fax: (215) 922-3524

          Counsel for Plaintiffs

---

1    The options for post–judgment "interest" include all "profits" from the use of overpayments under 29 U.S.C. §1109, the "contract" rate in the Plan (7.5% compounded annually), the applicable rate under 28 U.S.C. §1961 or the rates under District of Columbia or, in the case of a transferred judgment, Delaware law.

197922-1

Of Counsel:

Jennifer L. Hope
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
Phone: (215) 351-0617

197922-1

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br>GARY J. MEYERS<br>1750 New York Avenue, N.W.<br>Washington, DC 20006-5387<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>DANIEL FLEETWOOD<br>36157 Millers Neck Rd.<br>Frankford, DE 19945-3417<br><br>　　　　　　　　　　Defendant. | CIVIL NO. 07-00998 (DAR) |

**CONSENT JUDGMENT AGAINST DANIEL FLEETWOOD**

On the agreement of all parties to final disposition of this action by a Magistrate Judge and their agreement for entry of a consent judgment and due consideration by the Court, it is ORDERED.

1.　Judgment is entered in favor of the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") against Defendant Daniel Fleetwood for Seventy – Seven Thousand Eight Hundred Seventeen Dollars and Twenty–Seven Cents ($ 77,817.27) in benefits overpaid by the Pension Fund and agreed interest and other charges to March 1, 2008.

2.　This judgment shall bear interest (or similar equitable relief for recovery of profits made from a use of Pension Fund assets) at 7.5% compounded annually from March 2, 2008 until its entry on the docket by the Clerk and thereafter as provided by applicable federal law for a judgment entered against a Pension Fund fiduciary in favor of the Pension Fund pursuant to 29 U.S.C. §1132(a)(2), 1109.

3.      This judgment is subject to the separate settlement agreement of the parties with respect to payment and satisfaction of this judgment. The settlement is not merged into this judgment and may be introduced in defense of any execution on this judgment by the Pension Fund or its successors or assigns.

4.      The Clerk of the Court may immediately certify this Consent Judgment for transfer upon the request of Plaintiffs and payment of any required fee.

BY THE COURT

Dated: _____          _____
                                        Deborah A. Robinson,   M. J.

EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND<br>GARY J. MEYERS<br>1750 New York Avenue, N.W.<br>Washington, DC 20006-5387<br><br>                    Plaintiffs,<br><br>v.<br><br>DANIEL FLEETWOOD<br>36157 Millers Neck Rd.<br>Frankford, DE 19945-3417<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL NO. 07-00998 (DAR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION FOR CONSENT JUDGMENT AGAINST DANIEL FLEETWOOD**

The undersigned parties agree that the attached proposed Consent Judgment may be entered without further notice or hearing and waive any right of appeal.

Defendant Fleetwood states that he has consulted with settlement counsel appointed by the Court, Marilyn Gordon, with respect to settlement of this action and this Consent Judgment and understands its consequences.

FOR PLAINTIFFS:                                    FOR DEFENDANT:

_____                _____
KENT CPREK                                             DANIEL FLEETWOOD
510 Walnut Street, Suite 1600                    Pro Se
Philadelphia, PA 19106
(215) 351-0615

Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

The undersigned states under penalty of perjury that I caused a copy of the foregoing Motion for Entry of Judgment and related Memorandum of Points and Authorities to be served via first class mail, postage prepaid on the date and to the addresses below:

> Daniel Fleetwood
> 36157 Miller's Neck Road
> Frankford, DE 19945

A copy will also be served via the ECF system and first class mail on Defendant's limited counsel for settlement purposes only –

> Marilyn Cain Gordon
> 7603 Georgia Avenue, NW, Suite 301
> Washington, DC 20012

>> /s Kent Cprek
>> KENT CPREK

Date:   July 31, 2008